FILED
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01187   Document 5   Filed 02/27/2008   Page 1 of 1

08 C 1187

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

In the Matter of                                         Case Number:

Harris v. City of Chicago, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nicholas Harris                                          **J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel P. Kiss | |
| FIRM | |
| Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS | |
| 20 North Clark, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6256211 | 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES X  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |