## *United States District Court for the Northern District of Illinois*

Case Number: 08cv1187

Assigned/Issued By: j . n .

Judge Name: GOTTSCHALL

Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                          Receipt #: 2569077

Date Payment Rec'd: 2-27-08               Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

3  Original and  0  copies on  2-27-08  as to ALL DEFENDANTS
                                (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05