IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS HARRIS, ) | |
| ) | Case No. 08 C 1187 |
| Plaintiff, ) | |
| ) | Judge Gottschall |
| vs. ) | |
| ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, Chicago Police ) | |
| Officers HENRY WILLABY, ERIK KONIOR, ) | Jury Trial Demanded |
| Star 4532, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:  Lawrence V. Jackowiak
     Law Offices of Lawrence V. Jackowiak
     20 North Clark Street, Suite 1700
     Chicago, IL 60602
     (312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 19th day of June, 2008.

Respectfully Submitted,

 s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
312.742.9586
mhader@cityofchicago.org
Atty. No. 06284330